COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    James Deaver Services, Inc. v. Don Mafrige

Appellate case number:  01-22-00194-CV

Trial court case number: 21-CV-0386

Trial court:            56th District Court of Galveston County

Appellant James Deaver Services, Inc. ("JDSI") has filed a motion indicating that trial of the case underlying this interlocutory appeal is set for September 26, 2022. JDSI seeks a stay of trial court proceedings pending determination of this appeal.

The Court requests a response. Appellee Don Mafrige's response is **due Wednesday, September 7, 2022.**

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
              ☐   Acting individually    ☑ Acting for the Court

Panel consists of Justices Kelly, Rivas-Molloy, and Guerra

Date:  ____September 2, 2022____